# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

|  |  |
|---|---|
| CHEIKH GNINGUE, <br><br> *Plaintiff,* <br><br> v. <br><br> WARDEN PHILLIPS STATE PRISON, <br><br> *Defendant.* | CIVIL ACTION NO. <br> **5:26-cv-00015-TES-CHW** |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 8]. Petitioner Cheikh Gningue did not object to the Recommendation in the allotted time. [*Id.* at p. 5]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1)(A). The magistrate judge recommended the Court deny Petitioner's motion for transfer or release because Petitioner's filings did not establish factors that weigh in favor of granting injunctive relief. [Doc. 5, p. 4]. Accordingly, the Court **DENIES** Petitioner's motion for transfer or release. [Doc. 6]. 28 U.S.C. § 636(b)(1).

**SO ORDERED**, this 18th day of May, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**